UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DOMINICK,<br><br>    Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, et al.,<br><br>    Defendants. | Case No. 17-cv-04485-JD<br><br>**AMENDED ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

On May 22, 2018, the Court filed an order dismissing the complaint with leave to amend. Dkt. No. 44. Plaintiff Dominick is proceeding pro se without ECF filing access, and the Court failed to serve a copy of the order on him. The prior order is amended to provide a new date by which Dominick must file an amended complaint, if he chooses to. The prior order is untouched in all other respects, and is repeated here for the parties' convenience.

Even read generously in light of plaintiff Dominick's pro se status, the complaint is an unintelligible mass of allegations that falls far short of presenting a short and plain statement of a claim showing plaintiff's entitlement to relief. Federal Rule of Civil Procedure 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). The complaint also fails to provide a statement identifying the basis for federal jurisdiction over the case, in violation of Rule 8(a)(1) and Local Rule 3-5(a). This is of particular concern here because the complaint makes reference to California DMV fees and appears to name California residents as putative defendants.

The complaint is dismissed with leave to file an amended complaint by **August 7, 2018**. Failure to meet this deadline will result in dismissal of the case with prejudice. All pending motions related to the pleadings, including plaintiff's multiple motions for default, are terminated.

**IT IS SO ORDERED.**

Dated: July 10, 2018

JAMES DONATO
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| ANTHONY DOMINICK,<br><br>    Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, et al.,<br><br>    Defendants. | Case No. 17-cv-04485-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Dominick
201 13th Street
#28532
Oakland, CA 94602-8532

Dated: July 10, 2018

                          Susan Y. Soong
                          Clerk, United States District Court

                          By: /s/ Lisa R. Clark
                          LISA R. CLARK, Deputy Clerk to the
                          Honorable JAMES DONATO